IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OLIVIA LOZANO,

      Plaintiff,

v.                                                               No. 2:22-cv-445 DHU/KRS

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY,

      Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on August 25, 2022, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

                                                              _____
                                                              KEVIN R. SWEAZEA
                                                             UNITED STATES MAGISTRATE JUDGE